NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4443
     Facsimile: (213) 894-0141
     E-mail:    lindsey.dotson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>KENNETH COLLINS,<br> aka "Kenneth Randolph,"<br><br>          Defendant. | CR No. 18-00038-ODW-1<br>CV No. 19-10116-ODW<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF LINDSEY GREER DOTSON |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Lindsey Greer Dotson, hereby applies ex parte for an order that (1) the government's opposition to Defendant-Petitioner KENNETH COLLINS's motion to vacate, set aside, or correct sentence and (2) the declaration of Lindsey Greer Dotson and supporting exhibits contained therein be filed under seal until the Court issues an unsealing order or until such time as the government determines that its discovery obligations require disclosure.

This ex parte application is based on the attached declaration of Lindsey Greer Dotson and the records and files in this case.

Dated: June 30, 2020                Respectfully submitted,

                                    NICOLA T. HANNA
                                    United States Attorney

                                    BRANDON D. FOX
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                        /s/ Lindsey Greer Dotson
                                    LINDSEY GREER DOTSON
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**DECLARATION OF LINDSEY GREER DOTSON**

I, Lindsey Greer Dotson, declare as follows:

1. I am an Assistant United States Attorney for the United States Attorney's Office for the Central District of California. I represent the United States in the aforementioned matters. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. In accordance with the Court's order (dkt. 150), the government seeks to file the following documents under seal: (1) the government's opposition to Defendant-Petitioner KENNETH COLLINS's motion to vacate, set aside, or correct sentence; and (2) the declaration of Lindsey Greer Dotson and supporting exhibits contained therein.

3. In the Court's order (dkt. 150), the Court ordered, "any pleadings referencing the information disclosed in Former Counsel's written responses [to the government's interrogatories] will be filed under seal." Because the aforementioned filings contain the information disclosed in former counsel's written responses to the government's interrogatories -- notably, former counsel's otherwise privileged communications with Defendant-Petitioner KENNETH COLLINS -- the government seeks to comply with the Court's order by filing the aforementioned documents under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 30, 2020.

*/s/ Lindsey Greer Dotson*
LINDSEY GREER DOTSON

**CERTIFICATE OF SERVICE**

I, Lindsey Greer Dotson, declare:

I am a citizen of the United States and a resident of or employed in Los Angeles County, California; my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; I am over the age of 18; I am not a party to the above-titled action; I am employed by the United States Attorney for the Central District of California; I am a member of the Bar of the United States District Court for the Central District of California; and I caused the following documents to be served as indicated herein:

> (1) the government's opposition to Defendant-Petitioner KENNETH COLLINS's motion to vacate, set aside, or correct sentence; (2) the declaration of Lindsey Greer Dotson and supporting exhibits contained therein; and (3) the government's sealing application and proposed order

☐ Placed in a closed envelope for collection and **inter-office delivery**, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via **United States mail**, addressed as follows:

**KENNETH COLLINS (75816-112)
Seagoville FCI
P.O. Box 9000
Seagoville, TX 75159**

☐ By **hand delivery**, addressed as follows:

☐ By **facsimile**, as follows:

☐ By **messenger**, as follows:

☐ By **E-mail**, as follows:

This certificate is executed on June 30, 2020 at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

             /s/ Lindsey Greer Dotson
             LINDSEY GREER DOTSON